United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA RENAE YBARRA | § |
| | § |
| VS | § CIVIL ACTION NO. H-24-1558 |
| | § |
| MARTIN O'MALLEY, Commissioner of Social Security Administration | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Unopposed Motion to Remand (Doc. No. 12) and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 14). No objections have been filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that this case be remanded to the Commissioner for further administrative proceedings. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 14) is **ADOPTED** and this case is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings.

SIGNED at Houston, Texas, this 18th day of October 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE